## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 154 WAL 2014
:
                Respondent         :
: Petition for Allowance of Appeal from the
                              : Order of the Superior Court
                v.               :
:
:
:
KIMBERLY S. MCKAVENEY,      :
:
                Petitioner          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.